# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                        dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                       ltrust@osbornlawpc.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/05/2023

July 5, 2023

<u>**VIA ECF**</u>

Honorable Barbara Moses
United States District Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

         Re:     *Oliver v. Commissioner of Social Security*
                    <u>Civil Action No. 1:23-cv-02762-BCM</u>

Dear Judge Moses,

       We write on behalf of plaintiff, Nathaniel Oliver, and with the consent of the defendant, to request additional time to file plaintiff's motion for judgment on the pleadings which is currently due on July 10, 2023 per the Court's April 4, 2023 Standing Order. This is plaintiff's first request for an extension. The reason for this request is that our office currently has ten briefs due over the next several weeks and Counsel will be out of the office during this time.

       After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

a. Plaintiff to file his motion for judgment on the pleadings on or before **October 9, 2023**;

b. Defendant to file its response/cross-motion on or before **December 8, 2023**; and

c. Plaintiff to file his reply (if any) on or before **December 29, 2023**

---

43 West 43rd Street, Suite 131      Telephone 212-725-9800      osbornlawpc.com
New York, New York 10036         Facsimile  212-500-5115      info@osbornlawpc.com

Honorable Barbara Moses
July 5, 2023
Page Two

    Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        s/Daniel A. Osborn
                                        Daniel A. Osborn
                                        OSBORN LAW, P.C.
                                        43 West 43rd Street, Suite 131
                                        New York, New York 10036
                                        Telephone:   212-725-9800
                                        Facsimile:   212-500-5115
                                        dosborn@osbornlawpc.com

cc: Victoria Treanor, Esq. (by ECF)

---

Application GRANTED. The parties are reminded that no further extensions will be granted absent compelling circumstances. *See* Standing Order (Dkt. 4) at 2. SO ORDERED.

*[signature]*

Barbara Moses
United States Magistrate Judge
July 5, 2023