# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

NATHANIEL O.,

        Plaintiff,　　　　　　　　　　　　23 **CIVIL** 2762 (GRJ)

  -against-　　　　　　　　　　　　　　　　**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision & Order dated April 15, 2024, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 14) is DENIED, and this case is DISMISSED. Final judgment entered in favor of the Commissioner, and the case is closed.

**Dated:** New York, New York
       April 15, 2024

                                                                       **RUBY J. KRAJICK**
                                                                        Clerk of Court

                                      **BY:**

                                                                        **Deputy Clerk**